IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**MOUNTAINEER HOTEL LTD CO.,**
*by and through its member, Jody Gooslin*,

      **Plaintiff,**

v.                                                                    CIVIL ACTION NO. 2:23-cv-00642
                                                                                       Judge Irene Berger

**SENECA INSURANCE COMPANY, INC.,**
*an affiliate company of Crum and Forster*
*Holdings Corporation*,

      **Defendant.**

**AGREED ORDER OF DISMISSAL**

Plaintiff Mountaineer Hotel LTD Co. ("Plaintiff") and Defendant Seneca Insurance Company, Inc. ("Defendant") by their respective counsel, announce to the Court that all matters in controversy between the Parties have been fully compromised, agreed and resolved. Each party shall be responsible for its own attorneys' fees, costs and expenses. The Parties jointly move the Court to dismiss all of Plaintiff's claims, with prejudice, against Defendant.

It appearing proper to do so, it is hereby **ORDERED** that all claims by Plaintiff against Defendant are **DISMISSED**, with prejudice, as fully compromised, agreed, and resolved.

Thus, it is hereby finally **ORDERED** that this Order, upon its entry, shall be, and is, the final judgment of this Court with respect to this case, and that these proceedings shall be closed and removed from this Court's docket. The Clerk is **DIRECTED** to send certified copies of this order to all counsel of record.

DATED this \_\_\_\_ day of December, 2023.

_____
Honorable Irene C. Berger

**Prepared by:**

 /s/ *Jill Cranston Rice*
Jill Cranston Rice (WV State Bar No. 7421)
Lauren E. Motes (WV State Bar No. 14053)
Dinsmore & Shohl LLP
215 Don Knotts Blvd., Suite 310
Morgantown, WV 26501
Telephone:  (304) 225-1430
Email:  jill.rice@dinsmore.com
Email:  lauren.motes@dinsmore.com
*Counsel for Defendant*

**Agreed to by:**

*/s/ Jeffrey S. Simpkins*
Jeffrey S. Simpkins (WV State Bar No. 9806)
Simpkins Law
102 E. 2nd Ave.
Williamson, WV 25661
Telephone: (304) 235-2732
Email: simpkinslawoffice@gmail.com
*Counsel for Plaintiff*